Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>        Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant | Case No. 2:24-cv-00289-CDS-BNW<br><br>**Order Granting Request for Extension of Time**<br><br>[ECF No. 22] |

NOTICE REQUESTING 30 ADDITIONAL
DAYS TO COMPLETE SETTLEMENT
Case No. 2:24-CV-00289-CDS-BNW

Plaintiff Innocent Ngwa and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby request 30 additional days, up to and including January 9, 2025, to file dismissal papers in this matter. The parties remain in agreement on a settlement in principle, and require additional time to finalize the terms of the settlement agreement.

Dated: December 11, 2024

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
Jennifer L. Braster,
NV Bar No. 9982
Meredith L. Markwell,
NV Bar No. 9203
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for Experian Information Solutions, Inc.*

By: /s/ Innocent Ngwa
Innocent Ngwa
1813 Pinsky Lane
Las Vegas, Nevada 89032

*Pro Se Plaintiff*

## ORDER

Because the parties need more time to finalize the terms of the settlement agreement, the request for an extension of time **[ECF No. 22] is granted**. The deadline for filing a stipulation of dismissal, or a joint status report addressing settlement, is extended to January 9, 2025.

Dated: December 17, 2024

_____
UNITED STATES DISTRICT JUDGE