Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INNOCENT NGWA,<br><br>           Plaintiff<br><br>    v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>           Defendant | Case No.  2:24-cv-00289-CDS-BNW<br><br>**JOINT STIPULATION FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO F.R.C.P. 41(A)(1)** |

1    Plaintiff Innocent Ngwa ("Plaintiff") and Defendant Experian Information

2  Solutions, Inc. ("Experian), through its attorney of record, hereby jointly

3  stipulate, and respectfully request, to dismiss Plaintiff's claims against Defendant

4  Experian only pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice. Each

5  party shall bear their own attorneys' fees and costs.

6

7

8

9  Dated:  January 9, 2025

10

11  NAYLOR & BRASTER

12

13  By:    /s/ Jennifer L. Braster          By:  /s/ Innocent Ngwa
     Jennifer L. Braster,                Innocent Ngwa
14   NV Bar No. 9982                    1813 Pinsky Lane
     Meredith L. Markwell,              Las Vegas, Nevada 89032
15   NV Bar No. 9203
16   10100 W. Charleston Blvd., Suite      *Pro se Plaintiff*
      120
17   Las Vegas, NV 89135

18
     *Attorneys for*
19   *Experian Information*
20   *Solutions, Inc.*

21

22                        **ORDER**

23    Based on the parties' stipulation, this case is dismissed with prejudice,

24  with each party to bear its own costs and fees. The Clerk of Court is kindly

25  instructed to close this case.

26  _____

27  UNITED STATES DISTRICT JUDGE

28  Dated: January 13, 2025